UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, JASON WILKINSON, ROBERT MORRIS, VICTORIA JACKSON, JOHNPAUL FOURNIER, RYAN WOLF, AND REBECCA WOLF, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　Defendant. | Case No.: 14-CV-02989-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Adam Levitt, Roland Tellis
Defendant's Attorney: Amir Nassihi, Andrew Chang

　　　A case management conference was held on October 29, 2014. A further case management conference is set for February 12, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement ("JCMS") by February 5, 2015. In their JCMS, the parties shall propose a case schedule through trial and, if necessary, post-trial motions.

　　　The parties shall exchange initial disclosures by November 5, 2014.

　　　The parties are referred to Magistrate Judge Cousins for purposes of discovery, and to Magistrate Judge Lloyd for purposes of settlement.

　　　The Court hereby makes the following orders related to the parties' discovery disputes:

- Plaintiffs request for additional depositions is GRANTED. Each party may take up to 15 depositions. With respect to depositions pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs may promulgate two 30(b)(6) deposition notices.

- Plaintiffs' request for additional interrogatories is GRANTED. Each party may promulgate up to 35 interrogatories.

1

The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is August 3, 2015

FACT DISCOVERY CUTOFF is February 1, 2016

LAST DAY TO FILE MOTION FOR CLASS CERTIFICATION is March 1, 2016. Defendant shall file an opposition no later than April 26, 2016. Plaintiffs shall file a reply no later than June 21, 2016. The parties shall stipulate to expert deposition deadlines in accordance with this briefing schedule.

The motion for class certification shall be set for hearing on July 21, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: October 29, 2014



_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-02989-LHK
CASE MANAGEMENT ORDER

2