1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No.:14-CV-02989-LHK <br><br> **ORDER VACATING HEARING, AND DIRECTING PARTIES TO RESPOND TO PROPOSED CASE SCHEDULE** |

Before the Court is Defendant Ford Motor Company's motion to dismiss ("Motion").

Pursuant to Civil Local Rule 7-1(b), the Court finds Defendant's Motion appropriate for resolution

without oral argument, and hereby vacates the hearing currently scheduled for February 12, 2015,

at 1:30 p.m.

Based on the parties' joint case management statement, the Court proposes the following

case schedule:

Plaintiffs' Initial Expert Reports: March 1, 2016

Defendant's Initial Expert Reports: April 26, 2016

Plaintiffs' Rebuttal Expert Reports: June 21, 2016

Expert Discovery Cutoff: July 12, 2016

1

United States District Court
Northern District of California

1    Deadline to file Dispositive Motions and *Daubert* Motions: September 22, 2016

2    Deadline to file Oppositions to Dispositive Motions and *Daubert* Motions: October 20,

3    2016

4    Deadline to file Replies to Dispositive Motions and *Daubert* Motions: November 3, 2016

5    Hearing on Dispositive Motions and *Daubert* Motions: December 15, 2016

6    Pretrial Conference: March 9, 2017

7    Jury Trial: April 3, 2017

8    Trial Length: 8 days

9    The parties shall follow the Court's standing pretrial order for jury trials, including the

10   deadlines for the filing of motions *in limine*.

11   The parties shall file any objections to the proposed case schedule by Wednesday,

12   February 11, 2015, at noon. If the parties file no objections, the Court will adopt the proposed case

13   schedule and continue the case management conference, currently scheduled for February 12,

14   2015, at 1:30 p.m., to June 10, 2015, at 2 p.m.

15   **IT IS SO ORDERED.**

16

17   Dated: February 10, 2015

18   _____

19   LUCY H. KOH
     United States District Judge

20

21

22

23

24

25

26

27                                         2

28   Case No.: 14-CV-02989-LHK
     ORDER VACATING HEARING, AND DIRECTING PARTIES TO RESPOND TO PROPOSED CASE
     SCHEDULE