UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No.: 14-CV-02989-LHK<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The case management conference remains as set on February 12, 2015, at 1:30 p.m. The hearing on Defendant Ford Motor Company's motion to dismiss remains vacated.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02989-LHK
ORDER REGARDING CASE MANAGEMENT CONFERENCE