UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No.: 14-CV-02989-LHK <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND, AND CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney(s): Roland K. Tellis; John Ernst Tangren
Defendant's Attorney(s): Amir M. Nassihi; Frank P. Kelly

A case management conference was held on February 12, 2015. A further case management conference is set for February 18, 2015, at 2:00 p.m. The parties shall file their joint case management statement by February 17, 2015, at 2:00 p.m.

For the reasons stated on the record, the Court hereby GRANTS Defendant's Motion to Dismiss (ECF No. 22) in its entirety with leave to amend. Should Plaintiffs elect to file an amended complaint curing the deficiencies identified on the record, Plaintiffs shall do so within thirty (30) days of the date of this Order. Failure to meet the thirty-day deadline to file an amended complaint or failure to cure the deficiencies identified on the record will result in a dismissal with prejudice of Plaintiffs' claims. Plaintiffs may not add new causes of action or parties without leave of the Court or stipulation of the parties pursuant to Rule 15 of the Federal Rules of Civil Procedure.

1

Case No.: 14-CV-02989-LHK
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND, AND CASE MANAGEMENT ORDER

Plaintiffs' 108-page First Amended Complaint listing 51 causes of action, including 49 claims specific to the laws of six states and two nationwide claims based on the laws of 44 additional states, is unwieldy in scope and unduly burdensome. Accordingly, the Court hereby ORDERS the parties to meet and confer prior to the February 18 case management conference to discuss case narrowing. To this end, the Court encourages the parties to explore all options for case narrowing, including entering into a stipulation of dismissal without prejudice subject to a tolling agreement or to agree to a stay of certain claims.

**IT IS SO ORDERED.**

Dated: February 12, 2015



LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-02989-LHK
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND, AND CASE MANAGEMENT ORDER

Case No.: 14-CV-02989-LHK
ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND, AND CASE MANAGEMENT ORDER