UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No.: 14-CV-02989-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Adam Levitt; Mark Pifko
Defendant's Attorney: Amir Nassihi

　　A case management conference was held on February 18, 2015. A further case management conference is set for July 9, 2015, at 1:30 p.m. The parties shall file their joint case management statement by July 2, 2015.

　　The parties stipulated that Plaintiffs' deadline for filing a Second Amended Complaint ("SAC") shall be extended to March 27, 2015. Although the SAC may contain both California and non-California claims, Defendant's anticipated motion to dismiss (and Plaintiffs' opposition thereto) shall address only Plaintiffs' California claims.

　　The parties stipulated further that Plaintiffs will be allowed to add two or three new California named plaintiffs in their SAC. For two of the new California named plaintiffs, Plaintiffs shall provide Defendant by February 25, 2015, with the named plaintiffs' names; the VIN numbers of their vehicles; the make, model, and year of their vehicles; the vehicles' purchase date and location; and the person or entity from whom the vehicles were purchased. If Plaintiffs add a third California named plaintiff to the SAC, Plaintiffs shall disclose the same information to Defendant by March 4, 2015.

1

The Court set the following case schedule:

DEADLINE TO FILE SECOND AMENDED COMPLAINT: March 27, 2015

SECOND ROUND MOTION TO DISMISS CALIFORNIA CLAIMS ONLY:
   Motion: April 30, 2015 (max 25 pages)
   Opposition: May 21, 2015 (max 25 pages)
   Reply: June 8, 2015 (max 15 pages)
   Hearing: July 9, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-02989-LHK
CASE MANAGEMENT ORDER