UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 14-CV-02989-LHK<br><br>**ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

In light of the Court's order granting in part and denying in part Ford's Motion to Dismiss, ECF No. 69, the parties shall file a supplemental joint case management statement, including a proposal for a case schedule through trial on only the surviving California claims, by Wednesday, July 8, 2015.

**IT IS SO ORDERED.**

Dated: July 7, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No. 14-CV-02989-LHK
ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT