UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 14-CV-02989-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: Adam Levitt; Roland Tellis
Defendant's Attorney: Amir Nassihi

A case management conference was held on July 9, 2015. A further case management conference is set for October 28, 2015, at 2:00 p.m. The parties shall file their joint case management statement by October 21, 2015.

Defendant indicated its intent to move to dismiss Plaintiffs' complaint or portions thereof on theories of primary jurisdiction and mootness. Defendant shall do so in one motion to dismiss with no page limit extensions.

The parties are limited to three *Daubert* motions per side at the class certification stage and two *Daubert* motions per side at the summary judgment stage. At both stages, the motions shall not exceed five (5) pages in length, the oppositions shall not exceed five (5) pages in length, and the replies shall not exceed three (3) pages in length.

Each side may file one dispositive motion in the entire case.

The parties are limited to seven (7) motions in limine per side. Motions shall not exceed

1

Case No. 14-CV-02989-LHK
CASE MANAGEMENT ORDER

three (3) pages in length, and oppositions shall not exceed three (3) pages in length. There will be no replies.

The Court set the following case schedule:

| Scheduled Event | Dates |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | September 4, 2015 |
| Deadline to File Answer | August 7, 2015 |
| Further CMC | October 28, 2015, at 2:00 p.m. |
| Fact Discovery Cutoff | February 1, 2016 |
| Last Day to File Class Certification Motion | March 1, 2016 |
| Plaintiffs' Opening Expert Reports | March 1, 2016 |
| Opposition to Class Certification Motion | April 26, 2016 |
| Defendant's Opening Expert Reports | April 26, 2016 |
| Class Certification Reply | June 21, 2016 |
| Plaintiffs' Rebuttal Expert Reports | June 21, 2016 |
| Expert Discovery Cutoff | July 12, 2016 |
| Class Certification Hearing | July 21, 2016, at 1:30 p.m. |
| Last Day to File Dispositive Motions/*Daubert* Motions | September 8, 2016 |
| Oppositions to Dispositive Motions/*Daubert* Motions | October 6, 2016 |
| Replies to Dispositive Motions/*Daubert* Motions | October 27, 2016 |
| Hearing on Dispositive Motions | December 1, 2016, at 1:30 p.m. |
| Deadline to Exchange Expert/Witness Lists | January 19, 2017 |
| Deadline to File Motions in Limine | January 19, 2017 |
| Oppositions to Motions in Limine | January 23, 2017 |
| Final Pretrial Conference | February 2, 2017, at 1:30 p.m. |
| Jury Trial | February 27, 2017, at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated: July 9, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-02989-LHK
CASE MANAGEMENT ORDER