UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　Defendant. | Case No. 14-CV-02989-LHK<br><br>**ORDER RE PLAINTIFFS' COUNSEL'S BILLING RECORDS** |

The Court hereby ORDERS Plaintiffs' counsel to maintain contemporaneous billing records of all time spent litigating this case. By "contemporaneous," the Court means that counsel's time spent on a particular activity should be recorded no later than seven days after that activity occurred. As lead Plaintiffs' counsel, Mr. Levitt shall review the billing records for all Plaintiffs' counsel every month to ensure that contemporaneous records of attorney time are being maintained in accordance with this Order, and to strike any duplicative or inefficient billing.

**IT IS SO ORDERED.**

Dated: July 10, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge