United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12    WILLIAM PHILIPS, et al.,                    Case No. 14-CV-02989-LHK

13                    Plaintiffs,                  **CASE MANAGEMENT ORDER**

14           v.

15    FORD MOTOR COMPANY,

16                    Defendant.

17

18    Plaintiffs' Attorneys: Adam Levitt; Mary Thomas; Nathan Atkinson; Mark Pifko
      Defendant's Attorneys: Amir Nassihi; Andrew Chang; Todd Croftchik

19
20         A case management conference was held on October 29, 2015.  A further case
      management conference is set for November 24, 2015, at 2:00 p.m.  The parties shall file a joint
      case management statement by November 20, 2015.

21
22         In this joint case management statement, the parties shall include a detailed description of
      what documents have been produced for purposes of discovery, what documents shall be
23    produced, and when these documents shall be produced.  For reasons that were stated on the
      record, Defendant shall be allowed to depose Ian Colburn.

24
25         On October 28, 2015, Defendant filed a motion to dismiss Plaintiffs' complaint or portions
      thereof on theories of mootness and lack of standing.  ECF No. 84.  Plaintiffs shall file an
26    opposition by December 17, 2015, and Defendant shall file a reply by January 14, 2016.

27         For reasons that were stated on the record, the Court amended the case schedule.  The

1
28
      Case No.  14-CV-02989-LHK
      CASE MANAGEMENT ORDER

updated case schedule is as follows:

| Scheduled Event | Proposed Dates |
|---|---|
| Fact Discovery Cutoff | February 29, 2016 |
| Last Day to File Class Certification Motion | March 29, 2016 |
| Plaintiffs' Opening Expert Reports | March 29, 2016 |
| Opposition to Class Certification Motion | May 17, 2016 |
| Defendant's Expert Reports | May 17, 2016 |
| Class Certification Reply | July 12, 2016 |
| Plaintiffs' Rebuttal Expert Reports | July 12, 2016 |
| Expert Discovery Cutoff | August 9, 2016 |
| Class Certification Hearing | August 18, 2016, at 1:30 p.m. |
| Last Day to File Dispositive Motions/*Daubert* Motions | September 22, 2016 |
| Oppositions to Dispositive Motions/*Daubert* Motions | October 20, 2016 |
| Replies to Dispositive Motions/*Daubert* Motions | November 10, 2016 |
| Hearing on Dispositive Motions | December 15, 2016, at 1:30 p.m. |
| Deadline to Exchange Exhibit & Witness Lists | January 19, 2017 |
| Deadline to File Motions in Limine | January 19, 2017 |
| Oppositions to Motions in Limine | January 23, 2017 |
| Final Pretrial Conference | February 2, 2017, at 1:30 p.m. |
| Jury Trial | February 27, 2017, at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated:  October 29, 2015

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No.  14-CV-02989-LHK
CASE MANAGEMENT ORDER