UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 14-CV-02989-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 92 |

The case management conference, currently scheduled for November 24, 2015, is hereby CONTINUED to February 18, 2016, at 1:30 p.m.  The parties shall file a joint case management statement by February 11, 2016.  The parties' arguments in Joint Case Management Statement No. 7, ECF No. 92, regarding Defendant's pending motion to dismiss violate the page limits set forth in Civil Local Rule 7-4(b) and are hereby disregarded.  Any future discovery disputes shall be presented to Magistrate Judge Nathanael Cousins.

**IT IS SO ORDERED.**

Dated: November 23, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-02989-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE