1

2

3

4

5

6

7

8

9

10

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

11

12

13

14

15

16

| | |
|---|---|
| WILLIAM PHILIPS, et al., | Case No. 14-CV-02989-LHK |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

17

Plaintiffs' Attorneys:  Adam Levitt, Mark Pifko
Defendant's Attorneys:  Amir Nassihi, Frank Kelly, Dustin Lane

18

19

A case management conference was held on February 25, 2016.  A further case management conference is set for May 12, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by May 5, 2016.

20

21

At the case management conference, the Court made the following rulings:

**AMENDMENT OF PLEADINGS**

22

For reasons that were stated on the record, Plaintiffs' request for leave to amend the Second Amended Complaint for the limited purpose of reasserting their implied warranty claims is GRANTED.

23

24

Plaintiffs shall file an amended complaint by March 4, 2016.  Defendant shall file a motion to dismiss by March 24, 2016; Plaintiffs shall file an opposition by April 14, 2016; and Defendant shall file a reply by April 28, 2016.  The motion to dismiss shall be limited to Plaintiffs' implied warranty claims, and is scheduled for hearing on May 12, 2016, at 1:30 p.m.

25

26

**CASE SCHEDULE**

27

For reasons that were stated on the record, the Court amended the case schedule.  The

28

1

United States District Court
Northern District of California

updated case schedule is as follows:

| Scheduled Event | Proposed Date |
|---|---|
| Deadline to File Amended Pleadings | March 4, 2016 |
| Briefing Schedule on Motion to Dismiss Implied Warranty Claims | **Motion:** March 24, 2016<br>**Opp'n:** April 14, 2016<br>**Reply:** April 28, 2016 |
| Hearing on Motion to Dismiss Implied Warranty Claims and Further Case Management Conference | May 12, 2016, at 1:30 p.m. |
| Fact Discovery Cutoff | June 30, 2016 |
| Last Day to File Class Certification Motion | July 29, 2016 |
| Plaintiffs' Opening Expert Reports | July 29, 2016 |
| Opposition to Class Certification Motion | September 16, 2016 |
| Defendant's Expert Reports | September 16, 2016 |
| Class Certification Reply | November 11, 2016 |
| Plaintiffs' Rebuttal Expert Reports | November 11, 2016 |
| Class Certification Hearing | December 8, 2016, at 1:30 p.m. |
| Expert Discovery Cutoff | December 9, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case)/*Daubert* Motions | January 5, 2017 |
| Oppositions to Dispositive Motions/*Daubert* Motions | January 26, 2017 |
| Replies to Dispositive Motions/*Daubert* Motions | February 9, 2017 |
| Hearing on Dispositive Motions | February 23, 2017, at 1:30 p.m. |
| Deadline to Exchange Exhibit & Witness Lists | March 23, 2017 |
| Deadline to File Motions in Limine | March 23, 2017 |
| Oppositions to Motions in Limine | March 28, 2017 |
| Final Pretrial Conference | April 13, 2017, at 1:30 p.m. |
| Jury Trial | April 24, 2017, at 9:00 a.m. |
| Length of Trial | 9 days |

**IT IS SO ORDERED.**

Dated:  February 25, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2