1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM PHILIPS, et al.,

           Plaintiffs,

    v.

FORD MOTOR COMPANY,

           Defendant.

Case No. 14-cv-02989 LHK   (NC)

**ORDER SETTING DEADLINES FOR BRIEFING ON DISCOVERY DISPUTE**

Re: Dkt. No. 122

      The Court held a hearing on April 27, 2016, to discuss the parties' current discovery dispute regarding (1) Ford's production of redacted documents from Germany and (2) Plaintiffs' concern that Ford's discovery requests omitted searches relating to the Ford Explorer.  The Court orders the following:

- Ford is ordered to file a declaration by May 6, 2016, stating the corporate relationship between defendant Ford Motor Company in North America and the entity Ford Of Europe, specifically addressing Ford Motor Company's power or lack thereof to dictate that Ford of Europe produce unredacted documents relevant to this litigation.  Ford may file up to five pages of additional briefing on this topic.  Plaintiffs have until May 13, 2016, to respond.

- Ford is ordered to file a declaration by May 6, 2016, stating the consequences Ford of Europe faces under German law if it releases unredacted documents, and explaining why a protective order is not sufficient if that is the case.  Ford may file

Case No. 14-cv-02989 LHK

1    up to five pages of additional briefing on this topic.  Plaintiffs have until May 13,

2    2016, to respond.

3    • Plaintiffs are ordered to select and identify for Ford three custodians by April 29,

4    2016, for follow up regarding whether they searched for information related to the

5    Ford Explorer.  Ford must produce declarations from the three custodians by May

6    13, 2016, stating whether they included or omitted information related to the Ford

7    Explorer in their searches.

8    • The Court will hold a further hearing on May 25, 2016, at 2:00 p.m. in Courtroom

9    7, 4th Floor, 280 S. First Street, San Jose.  The parties may appear telephonically.

**IT IS SO ORDERED.**

Dated:  April 28, 2016                                    _____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 14-cv-02989 LHK                    2