United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM PHILIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 14-CV-02989-LHK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently set for May 12, 2016, at 1:30 p.m., is hereby CONTINUED to August 31, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-02989-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE